J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DORANTES MIRANDA,<br><br>Plaintiff,<br><br>vs.<br><br>CMC STEEL FABRICATORS, INC. dba CMC REBAR, a Texas Corporation,<br><br>Defendants. | Case No. 5:26-cv-00954 SSS (SPx)<br><br>Assigned to Hon. Sunshine Suzanne Sykes<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: April 17, 2025<br>Removal Date:    February 27, 2026<br>Trial Date:       None Set |

ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION

The Court, having reviewed the Stipulation to Remand Removed Action, entered into between Plaintiff Juan Dorantes Miranda and Defendant CMC Steel Fabricators, Inc., dba CMC Rebar, and with GOOD CAUSE appearing therefore, the Court orders as follows:

1. The Stipulation is approved and the request for remand is granted.

2. Central District of California Case No. 5:26-cv-00954 SSS (SPx) is hereby REMANDED to the Superior Court for the State of California for the County of San Bernardino, Case No. CIVSB2511003.

IT IS SO ORDERED.


DATED: March 27, 2026        _____

Honorable Sunshine Suzanne Sykes
United States District Judge

2

ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION